917 So.2d 906 (2005)
MARINA FUNDING GROUP, INC., Appellant,
v.
SH3, LTD., etc., et.al., Appellees.
No. 3D04-293.
District Court of Appeal of Florida, Third District.
November 23, 2005.
Billbrough & Marks, and Geoffrey B. Marks, Miami, for appellant.
Kluger, Peretz, Kaplan & Berlin, and Jon Chassen, and Steve I. Silverman, and Michael L. Cotzen, Miami, for appellees.
Before GERSTEN, GREEN, and SUAREZ, JJ.
PER CURIAM.
Affirmed. See Godwin v. State, 593 So.2d 211 (Fla.1992).